**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**SOLUTIONS ORIENTED ADDICTION RESPONSE WEST VIRGINIA,**

***Plaintiff,***

**v.**

**No. 3:26-cv-00175**
**Hon. Robert C. Chambers**

**STATE OF WEST VIRGINIA, *et al.*,**
***Defendants*.**

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS**

The West Virginia Health Care Authority (HCA), the Office of Health Facility Licensure and Certification (OHFLAC), and their respective officers, HCA Chairman Robert Cheren and Executive Director Gordon Lane, and OHFLAC Director Mary Argento (collectively Defendants), move, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings.[1] As more fully developed in the Defendants' contemporaneously filed Memorandum in Support, this Court lacks subject-matter jurisdiction (over Plaintiff's challenge to the zoning restriction on ripeness grounds) and Plaintiff has failed to state a claim upon which relief can be granted.

Accordingly, the Defendants respectfully request that, to the extent the Court determines that it lacks subject-matter jurisdiction over any of SOAR's claims, those claims be dismissed without prejudice and, to the extent the Court determines that

---

[1] HCA and its officers previously filed a Motion for Judgment on the Pleadings. *See* (ECF 40, 41). Shortly thereafter, SOAR sought leave to file its First Amended Complaint, primarily to add OHFLAC as a party. (ECF 44). The Court granted SOAR's request, rendering HCA's motion moot. (ECF 45). Due to that mootness, the Court denied HCA's motion without prejudice. *Id*.

SOAR has failed to state a claim upon which relief can be granted, those claims—and ultimately the Complaint—be dismissed with prejudice.

Dated: October 5, 2026

Respectfully submitted,

**THE WEST VIRGINIA HEALTH CARE AUTHORITY, et. al.,**

**By counsel,**

**JOHN B. MCCUSKEY,**
**ATTORNEY GENERAL**

[/s]_Zachary A. Viglianco____________

Jace H. Goins (WVSB No. 7894)
*Chief Deputy Attorney General*
Zachary A. Viglianco (WVSB No. 12579)
*Director of Strategic Litigation*
Andrew T. Waight (WVSB No. 13276)
*Assistant Attorney General*

State Capitol Complex
1900 Kanawha Blvd, East
Office of the Attorney General
Charleston, WV 25314
Telephone: (304) 558-2522
jgoins@wvago.gov
zviglianco@wvago.gov
awaight@wvago.gov